UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20547-XXXX

KENOL MARCELIN,

    Plaintiff,

v.

WAFFLE HOUSE, INC.,

    Defendant.
_____/

## DEFENDANT WAFFLE HOUSE, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Waffle House, Inc. ("Defendant")[1], by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge, (Doc. 3), files this Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Defendant, Waffle House, Inc.**
        **c/o undersigned counsel**

    b. **East Coast Waffles, Inc.**
        **c/o undersigned counsel**

    c. **Kimberly E. Young, Esquire**
        **Counsel for Defendant, Waffle House, Inc.**

---

[1] By filing this notice to ensure compliance with applicable court orders and rules, Defendant, Waffle House, Inc., does not admit it is correctly named as the Defendant in this matter, as Plaintiff's Complaint identified an incident that occurred at a restaurant operated by Waffle House, Inc.'s wholly owned subsidiary, East Coast Waffles, Inc. This notice is not changed, if/when East Coast Waffles, Inc. is substituted as the correct party defendant in this matter.

1

    d. **Brett L. Borrow, Esquire**
       **Counsel for Plaintiff**

    e. **Plaintiff, Kenol Marcelin**
       **c/o Counsel for Plaintiff**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

                  MOORE INGRAM JOHNSON & STEELE, LLP

                  */s/ Kimberly E. Young*
                  KIMBERLY E. YOUNG
                  Florida Bar No.: 109590
                  JEREMY P. SKINNER
                  Florida Bar No.: 1018201
                  390 North Orange Avenue, Suite 625
                  Orlando, Florida 32801
                  Telephone (407) 367-6233
                  Facsimile (407) 367-6234
                  Primary e-mail: keyoung@mijs.com
                  Primary e-mail: jpskinner@mijs.com
                  Secondary e-mail: sbsalsburystemen@mijs.com
                  Secondary e-mail: mbrewster@mijs.com
                  Counsel for Defendant, Waffle House, Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 2nd day of March, 2022, a true and correct copy of the foregoing was filed with the CM/ECF portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: Brett Borrow, The Borrow Law Firm, One Flagler Building, 14 NE 1st Avenue, Suite 514, Miami, Florida 33132, bborrow@borrowlaw.com and jrodriguez@borrowlaw.com.

    MOORE INGRAM JOHNSON & STEELE, LLP

*/s/ Kimberly E. Young*
KIMBERLY E. YOUNG
Florida Bar No.: 109590
JEREMY P. SKINNER
Florida Bar No.: 1018201
390 North Orange Avenue, Suite 625
Orlando, Florida 32801
Telephone (407) 367-6233
Facsimile (407) 367-6234
Primary e-mail: keyoung@mijs.com
Primary e-mail: jpskinner@mijs.com
Secondary e-mail: sbsalsburystemen@mijs.com
Secondary e-mail: mbrewster@mijs.com
Counsel for Defendant, Waffle House, Inc.